NUMBER 13-05-146-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
ERIKA C. MEYER,                                                             Appellant,

v.

MARY SMITH,                                                                   Appellee.
____________________________________________________________________

On appeal from County Court at Law No. 2 
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, ERIKA C. MEYER, perfected an appeal from a judgment entered by
County Court at Law No. 2 of Nueces County, Texas, in cause number 04-61281-2. 
After the record was filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that she no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 28th day of April, 2005.